273 P.2d 37]

[Civ. No. 20338. Second Dist., Div. Three. July 6, 1954.]

LAURENCE M. HARRISON et al., Respondents, v. CITY OF LONG BEACH, Appellant.

Irving M. Smith, City Attorney, and Clifford E. Hayes, Deputy City Attorney, for Appellant.

Kenneth Sperry for Respondents.

SHINN, P. J.—Plaintiffs, 10 in number, recovered judgment for money and for declaratory relief such as was granted in *Combs* v. *City of Long Beach,* Civil No. 20337, *ante,* p. 841 [272 P.2d 880], this day decided. Five of the plaintiffs are retired members of the Police or Fire Departments of the City of Long Beach; three are widows of deceased members of one or the other of the departments; two are minor children of a deceased member of the Fire Department.

The city has appealed urging only those grounds of appeal which were urged in *English* v. *City of Long Beach,* Civil No.

20020, *ante*, p. 414 [272 P.2d 875], this day filed, and which were held to be untenable.

For the reasons stated in *English* v. *City of Long Beach*, *ante*, p. 414 [272 P.2d 875], the judgment is affirmed.

Wood (Parker), J., concurred.